# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129466
& (59)

EUGENE ROBRAHN and CHRISTINE
ROBRAHN,
       Plaintiffs-Appellants,

        SC: 129466
        COA: 256083
        Kent CC: 02-004158-NS

v

ERIC SCOTT JOHNSON,
       Defendant,

and

RFN GROUP, INC., d/b/a MARGARITA
GRILL,
       Defendant-Appellee.
_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 30, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.

CAVANAGH, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk